# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Jason Earl Wright** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | CASE NUMBER: **1:24-cr-00004-BLW** |
| SERVICE TYPE: Notice (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense: **Ada** |
| INTERPRETER: No | |
| If YES, language: | |

*U.S. COURTS*
*MAY 14 2024*
*Rcvd____ Filed____ Time____*
*STEPHEN W. KENYON*
*CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Superseding Indictment**

Felony: **Yes**   Class A Misdemeanor: **No**
Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | ONE | Possession with Intent to Distribute Methamphetamine | At least 5 years and not more than 40 years imprisonment, at least four years supervised release, $5,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | TWO | Possession with Intent to Distribute Methamphetamine | Mandatory Minimum 10 years and up to life, at least five years supervised release, $10,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | THREE | Possession with Intent to Distribute Methamphetamine | Up to 20 years imprisonment, at least three years supervised release, $1,000,000 fine, $100 Special Assessment |
| 18 U.S.C. § 924(c) | FOUR | Possession of Firearm in Furtherance of a Drug Trafficking Crime | Not less than five years (to run consecutive) up to life imprisonment, up to $250,000 fine, not more than 5 years supervised release, $100 special assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture of Listed Property |

Date: 14 May 2024   Special Assistant U.S. Attorney: MARIE C. CHONG
Telephone No.: (208) 334-1211